Mathew K. Higbee, Esq.
IL Bar No. 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr. Suite #112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

Attorney for Plaintiff,
LISA CORSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA CORSON, | Case No. 23-CV-01381 |
| Plaintiff, | **COMPLAINT** |
| v. | **DEMAND FOR JURY TRIAL** |
| GOLF FORE IT, LLC; JUSTIN J. JOHNSTON, individually; MATTHEW S. SCALES, individually; JONATHAN D. NOLAN, individually; and DOES 1 through 10 inclusive, | |
| Defendants. | |

Plaintiff Lisa Corson, by and through her undersigned counsel, brings this Complaint against Defendant Golf Fore It, LLC and DOES 1 through 10, inclusive, and alleges as follows:

## NATURE OF THE ACTION

This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

## PARTIES

1. Plaintiff Lisa Corson ("Corson") is an individual and professional photographer.

1

2. Upon information and belief, Defendant Golf Fore It, LLC ("Golf") is a limited liability company duly organized and existing under the laws of the State of Illinois and doing business in the State of Illinois.

3. Upon information and belief, Defendant Justin J. Johnston ("Johnston") is an individual residing in the State of Illinois, and is or was at all relevant times the principal officer, owner, or member of the Defendant business entity named in this Complaint (Golf Fore It, LLC).

4. Upon information and belief, Defendant Matthew S. Scales ("Scales") is an individual residing in the State of Illinois, and is or was at all relevant times the principal officer, owner, or member of the Defendant business entity named in this Complaint (Golf Fore It, LLC).

5. Upon information and belief, Defendant Johnathan D. Nolan ("Nolan") is an individual residing in the State of Illinois, and is or was at all relevant times the principal officer, owner, or member of the Defendant business entity named in this Complaint (Golf Fore It, LLC).

6. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes, and on that basis alleges, that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages, as herein alleged, were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the Complaint when the true names and capacities of such fictitiously-named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously-named Defendants.

7. For the purposes of this Complaint, unless otherwise indicated, "Defendant" and "Defendants" include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendant named in this caption.

**JURISDICTION AND VENUE**

8. This Court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Defendants because Defendants have a physical presence in the State of Illinois and/or Defendants transacts business in the State of Illinois.

10. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and/or § 1400(a) in that this is the judicial district in which all defendant reside; a substantial part of the acts and omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated in this judicial district; and/or this civil action arises under the Copyright Act of the United States, and Defendant or its agents reside in or can be found in this judicial district.

## FACTUAL ALLEGATIONS

### *Plaintiff Lisa Corson*

11. Lisa Corson is a highly successful and acclaimed freelance photographer that previously worked as the photo editor for SPIN, New York Magazine, and the Wall Street Journal.

12. Corson creates and licenses her work for a fee to a variety of editorial and commercial clients. Corson's client list includes AARP, Delta Airlines, Google, Grand Mariner, House and Garden, Sunset Magazine, The National Geographic Channel, The New York Times, and The Washington Post, and Visit California.

13. Corson's livelihood depends on receiving compensation for the photographs she produces, and the copyright protection afforded to Corson's work deters would-be infringers from copying and profiting from her work without permission.

14. Corson is the sole author and exclusive rights holder to a photograph of a rectangular in-ground swimming pool positioned in front of a building with a palm tree in between the pool and the building ("Corson Photograph").

15. Attached hereto as Exhibit A is a true and correct copy of the Corson Photograph.

16. Corson registered the Photograph with the United States Copyright Office under Registration Number VAu 1-159-755 with an Effective Date of Registration of January 8, 2014.

***Defendants Golf Fore It; Justin J. Johnston;***
***Matthew S. Scales; and Johnathan D. Nolan***

17. Upon information and belief, Defendant Golf is an experiential golf trip planner located in Monticello, Illinois.

18. Upon information and belief, Defendant Golf is the owner and operator of the website https://www.golfforeit.com/ (the "Website").

19. Upon information and belief, Defendant Golf generates content on the Website to market and promote its services, attract user traffic and potential clients to the business, and increase its customer base and revenue for the company.

20. Upon Information and belief, at all relevant times, the Website was readily accessible to the general public throughout Illinois, the United States, and the world.

21. Upon information and belief, Defendants Johnston, Scales, and Nolan are, or were, at all relevant times, the principal officers, owners, or members of Golf and had a direct financial interest in the content and activities of the Website (including the activities alleged in this Complaint).

22. Upon information and belief, at all Relevant times Defendants Golf, Johnston, Scales, and Nolan had the ability to supervise and control all content the Website.

23. Upon information and belief, the Defendants named in this Complaint (including Golf, Johnston, Scales, and Nolan) were at all relevant times acting as agents and alter egos for each other, with respect to the activities alleged in this Complaint, and are each jointly, severally, and personally liable for the debts and liabilities of each other with respect to the activities alleged in this Complaint.

***Defendants' Willful Infringing Conduct***

24. On or about March 3, 2022, Corson discovered her Corson Photograph

4

being used by Golf on the Website behind a filter on a webpage for Indian Canyons Golf Resort – North Course as the feature photograph for Sparrows Lodge.

25. Attached hereto as Exhibit B are true and correct screenshots of the Corson Photograph as used on the Website and as stored on the Website's server, with a date-stamp of May 3, 2022.

26. Corson is informed and believes that the purpose of the use of the Corson Photograph on the Website was to provide high-quality and aesthetically pleasing content on the Website congruent with Golf's marketing campaign.

27. Corson did not provide consent to or authorize Defendants to use or display of the Corson Photograph on the Website.

28. In no event did Corson provide Defendants with a license to use or display the Corson Photograph in any manner.

29. Corson is informed and believes Defendants (including its employees, agents, contractors, or others over whom they have responsibility and control) created an unauthorized copy of the Corson Photograph and caused it to be uploaded to and displayed on the Website.

30. Corson is informed and believes Defendants (including its employees, agents, contractors, or others over whom they have responsibility and control) used, displayed, published, and otherwise held out to the public Corson's original and unique Corson Photograph for commercial benefit and acquired monetary gain and market benefit as a result of use of the Corson Photograph on the Website.

31. After discovering the unauthorized use of the Corson Photograph, Corson, through counsel, sent cease and desist correspondence to Defendant Golf in June and July of 2022 in an attempt to resolve this matter.

32. Defendant Golf never responded to that correspondence, and in fact, as of February 17, 2023, the Corson Photograph is still being displayed on the Website and stored on the Website server.

33. Attached hereto as Exhibit C is are true and correct screenshots of the Corson Photograph, taken in Google Incognito mode, as used and displayed on the

5

Website and stored on the Website's server, with a date-stamp of February 18, 2023.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq*

34. Corson incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

35. Corson owns a valid copyright in the Corson Photograph.

36. Corson registered the Corson Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

37. Defendants (including their employees, agents, contractors or others over whom they have responsibility and control) copied and displayed Corson's unique and original Corson Photograph without her consent or authorization in violation of 17 U.S.C. § 501.

38. Defendants willfully infringed upon her rights in Corson's copyrighted Corson Photograph in violation of Title 17 of the U.S. Code because, *inter alia,* Defendants knew, or should have known, they did not have a legitimate license to use the Corson Photograph.

39. In addition, Defendants willfully infringed upon Corson's rights in her copyrighted Corson Photograph, in violation of Title 17 of the U.S. Code, because Defendants continued to use the Corson Photograph at least through February 18, 2023 after being sent cease and desist correspondence numerous times in June and July of 2022.

40. As a result of Defendants' violations of Title 17 of the U.S. Code, Corson has sustained significant injury and irreparable harm.

41. As a result of Defendants' violations of Title 17 of the U.S. Code, Corson is entitled to any actual damages and profits attributable to the infringement pursuant to 17 U.S.C. §504(b) or, at Corson's election, statutory damages in an amount up to $150,000 pursuant to 17 U.S.C. § 504(c).

42. As a result of the Defendant's violations of Title 17 of the U.S. Code,

the court in its discretion may allow the recovery of full costs from Defendants as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

43. Corson is also entitled to injunctive relief to prevent or restrain infringement of her copyrights pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, as follows:

- For a finding that Defendants infringed Corson's copyright interest in the Corson Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the copyright infringement, as provided by 17 U.S.C. § 504(b), in an amount to be proven or, in the alternative, and at Plaintiff's election, an award for statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(c);

- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendants from further infringement of all of Corson's copyrighted works pursuant to 17 U.S.C. § 502;

- For pre judgment and post judgment interests as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: March 6, 2023                    Respectfully submitted,

                                                **/s/ Mathew K. Higbee**
                                                Mathew K. Higbee, Esq.
                                                IL Bar No. 6319929
                                                **HIGBEE & ASSOCIATES**
                                                1504 Brookhollow Dr. Suite #112
                                                Santa Ana, CA 92705

(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

**DEMAND FOR JURY TRIAL**

Plaintiff, Lisa Corson hereby demands a trial by jury in the above matter.

Dated: March 6, 2023                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
IL Bar No. 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr. Suite #112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*