### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

LISA CORSON

                Plaintiff,

v.                                              Case No.: 1:23–cv–01381

                                                              Honorable Joan B. Gottschall

GOLF FORE IT, LLC, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's notice [15] f voluntary dismissal, this case is dismissed without prejudice and with leave to reinstate on or before 3/15/2024. In accordance with the notice [15], the court retains jurisdiction until and including 3/15/2024 to enforce the parties' settlement agreement. The dismissal will automatically convert to a dismissal with prejudice on 3/16/2024 unless a motion to reinstate and enforce the parties#039; settlement agreement is filed before that date. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.